IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Larry Lacy, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:08CV56-MHT |
| | ) |
| The City of Wadley, | ) |
| | ) |
|    Defendant, | ) |

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Larry Lacy, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] ***This party is an individual***, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |

<u>2/5/2008</u>  
   Date

/s/Angela Hill  
Counsel Signature

Larry Lacy  
Counsel for (print names of all parties)

139 S. Broadnax St., Dadeville, AL  36853  
Address, City, State Zip Code

256-825-8251  
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, Angela Hill, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 5th day of February, 2008 to:

_____

_____

_____

| 2/5/2008 | /s/Angela Hill |
|---|---|
| Date | Signature |