| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Larry Wilk* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>  2/5/08 |
| 1. Article Addressed to:<br><br>City of Wadley<br>P.O. Box 9<br>Wadley, AL 36276 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>08CV56 smd +<br>Complaint<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0006 2393 0137 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1035 |